AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

David W. Morris, Sr.,

    Plaintiff,

                      **V.**

Warden Bobbitt; Unit Manager Efferson; Sergeant Dilihunt;
Officer Arthur; Deputy Warden Sharpe,

    Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV621-90

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

    that, pursuant to the Order of this Court dated May 18, 2022, Plaintiff's complaint is hereby

dismissed. This action stands closed.

*Christopher L. Ray*

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia

May 18, 2022
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020