IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DAVID MORRIS, SR., <br><br> Plaintiff, <br><br> v. <br><br> WARDEN BOBBITT, et al., <br> Defendants. | CIVIL ACTION NO.: CV621-090 |

**O R D E R**

This Court's Order in the above-styled action having been dismissed by the Court of Appeals for the Eleventh Circuit, the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED** this 17th day of January, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA