# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | | |
|---|---|---|
| DAVID W. MORRIS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV621-090 |
| | ) | |
| WARDEN BOBBITT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

*Pro se* plaintiff David W. Morris filed a 42 U.S.C. § 1983 Complaint in December 2021. Doc. 1. The Court dismissed this case in May 2022. Docs. 38 & 39. The Court of Appeals dismissed Plaintiff's appeal in January 2023. Doc. 50. The Court previously denied Morris' request for free photocopies of filings in this case. Doc. 53. Morris has now filed another Motion seeking "discovery" of materials filed in this case, doc. 54, and a Motion for Reconsideration of the Court's prior Order, doc. 55. Although the discovery Motion is largely illegible, it cites to Federal Rule of Civil Procedure 34, and contends that the entire record of this case is relevant to another case pending before this Court. *See generally* doc. 54. *Cf. Morris v. Jones*, 6:25-cv-022 (S.D. Ga. Apr. 3, 2025). The Motion for

Reconsideration is similarly difficult to read and, perhaps, seeks reconsideration of United States Magistrate Judge Benjamin W. Cheesbro's Order denying Morris' request to appoint counsel in his pending case. *Compare* doc. 55 at 1 ("Motion for Reconsideration of Appointment of Counsel"), *with* 6:25-cv-022, doc. 42 (S.D. Ga. Oct. 15, 2025). Regardless, this Court's records are not subject to "discovery," and in any case are publicly available. Moreover, as previously explained, this Court does not provide free copies of records to parties, even when they are indigent. Doc. 53 at 2 (citing *Jackson v. Fla. Dept. of Fin. Servs.*, 479 F. App'x 289, 292-93 (11th Cir. 2012); *Evans v. Roundtree*, 2021 WL 2792312, at *1 (S.D. Ga. June 24, 2021)). Since neither of Morris' Motions, to the extent that their substance can be discerned, requests any available relief, they are both **DENIED**. Docs. 54 & 55. This case stands **CLOSED**.

    **SO ORDERED**, this <u>6th</u> day of November, 2025.

                                        */s/ Christopher L. Ray*
                                        CHRISTOPHER L. RAY
                                        UNITED STATES MAGISTRATE JUDGE
                                        SOUTHERN DISTRICT OF GEORGIA